We'll move to the final case of the day, Noriega-Perez v. Whitaker. If I may, Your Honor, there was a very substantial, significant development in this case yesterday. A letter was submitted to the court. We would move jointly with the government that this case be transferred back to mediation. The defendant's conviction in Cook County Circuit Court was vacated yesterday based on the failure to advise of Padilla immigration warnings. The state then moved to dismiss the case, so there's no longer a criminal conviction. The basis for removal was his criminal conviction, so we intend to move to the BIA to reopen this case for a determination. To accomplish that, we think it would be best if this court transferred this matter back to the mediation state that it once was in. This case was in mediation. Before the Seventh Circuit? Yes, before the Seventh Circuit. And counsel for the government, are you in agreement? Yes. Okay, you've made a long trip and had to deal with the shutdown and all that. We thought we were going to have you by video today, but is there any objection? No objection. Just so it's clear, this is the three-year sentence on the receiving stolen property? Correct. The conviction was vacated. And we've got that under 28J submission. Right, exactly. And the state of Illinois also moved to dismiss the criminal charge. And this is in the nature of an expungement motion? Was that what was brought? It was actually a petition to vacate the conviction based on a patel violation. They never advised of immigration consequences at the time of the plea, which led to the conviction. And that was why the Illinois Circuit Court set it aside based on the transcript of the plea. There was clearly no discussion about immigration consequences.  So the conviction is vacated, as is the sentence that would follow that conviction. And in addition to that, they moved to dismiss the criminal case. Got no objection. Okay, we will enter an appropriate order. I think what I'm hearing you say is that what we ought to do is basically just freeze this case as pending before this court, pending that mediation effort. Correct. Satisfactory to both sides? Yes. Okay, great. All right. Unexpected, but some things happen. With that, that concludes our docket for the day. Thanks to all counsel. This court will stand in recess until tomorrow. Thank you.